UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| Ravinder Mehra,<br>Manju Mehra,<br>Rohan Mehra,<br>Rahoul Mehra,<br>Kusum A. Zaveri f/b/o Dylan R. Reece<br>Declan Rowan Reece,<br>   and<br>Lisa M. Martin,<br>                         Plaintiffs,<br><br>  vs.<br><br>James Tetrault,<br>Ocean Trading Partners, LLC, and<br>Interim Capital, LLC,<br>                        Defendants. | **STIPULATION REGARDING<br>ENTRY OF JUDGMENT AND<br>DISCONTINUANCE OF ACTION**<br><br><br><br><br>Civ. No. 07 CV 356 A(F) |

_____

      The parties through their undersigned counsel hereby stipulate and agree as follows:

      1.    Plaintiffs may enter a judgment against the defendants in accordance with the report and recommendation of Magistrate Judge Jeremiah J. McCarthy filed on August 5, 2008, and as subsequently adopted as an order of the court by order of the Honorable Richard J. Arcara on September 12, 2008.

      2.    All other claims and causes of action in this action remaining after the entry of the aforesaid judgment are hereby discontinued on the merits without costs to either party.

                                                                      ZDARSKY, SAWICKI & AGOSTINELLI LLP

| | |
|---|---|
| s/Frank A. Aloi, Jr.<br>Frank A. Aloi, Esq.<br>Attorney for Plaintiffs<br>980 Westfall Road, Suite 127<br>Rochester, New York 14618<br><br>Dated: July 7, 2009 | By: s/ K. Michael Sawicki<br>    K. Michael Sawicki<br>Attorneys for Defendants<br>298 Main Street<br>Buffalo, New York 14202<br><br>Dated: July 8, 2009 |