UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Ravinder Mehra,
Manju Mehra,
Rohan Mehra,
Rahoul Mehra,
Kusum A. Zaveri f/b/o Dylan R. Reece
Declan Rowan Reece,
    and
Lisa M. Martin,

                       Plaintiffs,

vs.

James Tetrault,
Ocean Trading Partners, LLC, and
Interim Capital, LLC,

                       Defendants.

**STIPULATION REGARDING ENTRY OF JUDGMENT AND DISCONTINUANCE OF ACTION**

Civ. No. 07 CV 356 A(F)

The parties through their undersigned counsel hereby stipulate and agree as follows:

1. Plaintiffs may enter a judgment against the defendants in accordance with the report and recommendation of Magistrate Judge Jeremiah J. McCarthy filed on August 5, 2008, and as subsequently adopted as an order of the court by order of the Honorable Richard J. Arcara on September 12, 2008.

2. All other claims and causes of action in this action remaining after the entry of the aforesaid judgment are hereby discontinued on the merits without costs to either party.

ZDARSKY, SAWICKI & AGOSTINELLI LLP

s/Frank A. Aloi, Jr.
Frank A. Aloi, Esq.
Attorney for Plaintiffs
980 Westfall Road, Suite 127
Rochester, New York 14618

Dated: July 7, 2009

By: s/ K. Michael Sawicki
    K. Michael Sawicki
Attorneys for Defendants
298 Main Street
Buffalo, New York 14202

Dated: July 8, 2009

**SO ORDERED**

_____
JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE

DATED: 7/09/09