AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

RAVINDER MEHRA, et al.          **JUDGMENT IN A CIVIL CASE**
                                                  CASE NUMBER: 07-CV-356 (JJM)

    v.

OCEAN TRADING PARTNERS, LLC, et al.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED, that the Stipulation re entry of judgment and discontinuance of this action is granted.

Date: July 10, 2009                            MICHAEL J. ROEMER,
                                                          CLERK OF COURT

                                                           By: S/Denise Collier
                                                               Deputy Clerk